UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDACE SEIDL, *on behalf of herself and all others similarly situated*,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ARTSANA USA, INC. *d/b/a CHICCO*,<br>　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:　　No.　5:22-cv-2586<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 30th day of November, 2022, upon consideration of Defendant's Motion to Dismiss the Amended Complaint, Plaintiff's response, Defendant's reply, and for the reasons stated in the Court's Opinion issued this same day, **IT IS HEREBY ORDERED THAT** Defendant's Motion, ECF No. 17, is **GRANTED** as follows:

1. Counts IV and V of the Amended Complaint for breach of express and implied warranty are **dismissed with prejudice**.[1]

2. The remaining counts are all **dismissed without prejudice**.

3. Plaintiff has **21 days from the date of this Order** to file a Second Amended Complaint if she wishes.[2]

---

[1]　The Court dismisses these counts with prejudice because any amendments would be futile for the reasons stated in the Opinion. *See Boyd v. New Jersey Dept. of Corrections*, 583 Fed. Appx. 30, 32 (3d Cir. 2014).

[2]　As the Court explains in its Opinion, Chicco's failure to disclose what chemicals it uses to treat its car seats does not give rise to any actionable claim. Therefore, Plaintiff should only file a second amended complaint if she can sufficiently allege that Chicco made misrepresentations that she relied on to purchase the KeyFit 30 car seat.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge