## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CANDACE SEIDL,** *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>*vs.*<br><br>**ARTSANA USA, INC. (d/b/a Chicco)**,<br><br>Defendant. | Civil Action File No.: 5:22-cv-2586 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Candace Seidl, by and through her counsel, hereby dismisses all causes of action set forth herein pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

            Respectfully submitted,

            /s/ Nancy M. Christensen
            Nancy M. Christensen (PA Bar No. 325564)
            James Bilsborrow (admitted *pro hac vice*)
            Weitz & Luxenberg, PC
            700 Broadway
            New York, NY 10003

## **CERTIFICATE OF SERVICE**

  I hereby certify on this 21st day of December, 2022, the foregoing document was filed through the Electronic Filing System of the United States District Court for the Eastern District of Pennsylvania and will be served electronically by the Court to all counsel of record.

                  /s/ Nancy M. Christensen